IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANIS SHUMWAY, | : |
| | : Case No.: 1:21-cv-131 |
| Plaintiff, | : |
| v. | : |
| | : |
| SAI KRUPA INC, | : |
| | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(A)]**

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 23, 2021

| | |
|---|---|
| */s/ Tristan W. Gillespie, Esq.* | **IT IS SO ORDERED.** |
| Tristan W. Gillespie, Esq. | /s/ Solomon Oliver, Jr. |
| | United States District Judge |
| THOMAS B. BACON, P.A. | 6/23/2021 |
| 600 Blakenham Ct. | |
| Johns Creek, GA 30022 | |
| Gillespie.tristan@gmail.com | |
| 404-276-7277 | |

ATTORNEYS FOR PLAINTIFF

1